# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LATANYA COLEMAN**                                                    **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO.: 3:21-CV-173-DAS**

**KILOLO KIJAKAZI, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR REMAND

On March 13, 2022, Defendant Kilolo Kijakazi, Commissioner of the Social Security Administration, filed an unopposed motion for voluntary remand for further administrative action under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Docket 17. The Commissioner seeks remand for "further consideration of Plaintiff's claim and a new decision" specifically requesting that an Administrative Law Judge "(1) reevaluate the opinion evidence, (2) reconsider the residual functional capacity finding, (3) obtain evidence from a vocational expert, (4) offer Plaintiff the opportunity for a hearing, (5) take any additional action needed to complete the administrative record resolving the above issues, and (6) issue a new decision." *Id*. The plaintiff is not opposed to the requested relief.

IT IS, THEREFORE, ORDERED that Defendant's Motion for Remand is GRANTED and this matter is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This the 14th day of March, 2022.

                                                           **/s/ David A. Sanders**
                                                           **UNITED STATES MAGISTRATE JUDGE**